# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 13, 2026

Mr. Victor Genecin
NAACP
Legal Defense & Educational Fund, Incorporated
40 Rector Street
5th Floor
New York, NY 10006-1738

Mr. Joshua Tom
American Civil Liberties Union
of Mississippi
P.O. Box 2242
Jackson, MS 39225-2242

Ms. Breanna Della Williams
NAACP
Legal Defense & Educational Fund, Incorporated
40 Rector Street
5th Circuit
New York, NY 10006-1738

Ms. Brenda Wright
NAACP
Legal Defense & Educational Fund, Incorporated
40 Rector Street
New York, NY 10006-1738

    No. 26-60020   In re: DeSoto County, Mississippi
                          USDC No. 3:24-CV-289

Dear Counsel:

Please be advised that the court has requested a response to the Petitioners' Petition for Writ of Mandamus and Petitioner's Motion to Stay the District Court proceedings to be filed in this office by 5:00 PM on Thursday January 13, 2026.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      /s/ Amanda M. Duroncelet
                        By: _____

Amanda M. Duroncelet, Deputy Clerk

cc: Mr. David Michael Hurst Jr.